UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                             PLAINTIFF

v.                                                      Criminal No. 3:25-CR-51-RGJ

MARCOS JUAREZ-MORENTE                                         DEFENDANT
a/k/a JULIO MARTINEZ-CASTRO

**MOTION TO DISMISS WITHOUT PREJUDICE**
*Electronically Filed*

Comes the United States of America, by counsel, and respectfully moves this Court to dismiss the Indictment in this case without prejudice. In support of this motion, the United States submits that defendant Marcos Juarez-Morente has been administratively removed from the United States. Dismissal without prejudice is appropriate where a defendant has been or will be deported before criminal proceedings are concluded. *See, e.g., United States v. Andino*, 2023 WL 7093804, at *1, 3 (E.D. Mich. Oct. 26, 2023) (dismissing indictment without prejudice as Government was unable to bring defendant to trial due to removal from United States); United *States v. Rojo-Alvarado*, No. CR-19-00257-PRW, 2019 WL 4482712, at *1 (W.D. Okla. Sept. 18, 2019) ("The U.S. Attorney's Office has requested dismissal of the indictment without prejudice because DHS removed the Defendant back to Mexico."); *United States v. Rodriguez-Romo*, No. 18-10146-EFM, 2019 WL 1058199, at *1 (D. Kan. Mar. 6, 2019) (Dismissing indictment without prejudice where the "Government's motion does not set forth the reasons for dismissal, but Defendant's deportation is clearly the basis for the request."); *United States v. Alvarado-Velasquez*, 322 F. Supp. 3d 857, 859 (M.D. Tenn. 2018) ("Government filed a Motion to Dismiss Without Prejudice . . . asserting that Alvarado-Velasquez's removal was in process."); *United States v. Rojas*, No. 18-10048-01-

JWB, 2018 WL 6696570, at *1 (D. Kan. Dec. 19, 2018) (granting government's motion to dismiss indictment after defendant was deported to Mexico).

Therefore, the Government moves this Court for an order dismissing the Indictment without prejudice.

Respectfully submitted,
MICHAEL A. BENNETT
United States Attorney

*/s/ Stephanie M. Zimdahl*

Stephanie M. Zimdahl
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5912 (Fax)

Certificate of Service

I hereby certify that a copy of the foregoing was sent by electronic transmission to defense counsel on May 7, 2025.

*/s/ Stephanie M. Zimdahl*

Stephanie M. Zimdahl
Assistant United States Attorney